**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

IN RE WASTE MANAGEMENT DATA
BREACH LITIGATION

21 **CIVIL** 6147 (DLC)
21 **CIVIL** 6199 (DLC)
21 **CIVIL** 6257 (DLC)
21 **CIVIL** 6902 (DLC)

**JUDGMENT**

-------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 24, 2022, the defendant's January 7, 2022 motion to dismiss is granted; Judgment is entered for the defendant and the case is closed.

**Dated:**  New York, New York
         February 24, 2022

                                                            RUBY J. KRAJICK
                                                        _____
                                                            Clerk of Court
                                            BY:
                                                        _____
                                                            Deputy Clerk